UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
02-CR-221(JMR/FLN)

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| Jesus Ramirez-Marquez | ) | |

Defendant, a citizen of Mexico, was sentenced by this Court on February 18, 2003. Defendant filed an appeal of his sentence upon its imposition. As he was under an immigration detainer, he commenced serving the sentence immediately. After having served his sentence, but before the Eighth Circuit Court of Appeals Order directing this Court to resentence defendant, defendant was deported to Mexico by the immigration authorities.

Subsequent to the Eighth Circuit's remand, the matter is now before the Court. The Court discussed the matter with counsel in a telephonic conference on September 1, 2005. The parties understand and agree that, the defendant being in Mexico, and beyond this Court's jurisdiction, the Court is unable to comply with the Eighth Circuit's resentencing Order. Should the defendant be apprehended within this Court's jurisdiction, the Court will follow the direction of the Court of Appeals.

Accordingly, IT IS ORDERED that this matter is continued, and administratively closed, pending any reentry and reapprehension of

the defendant.

Dated: September 9, 2005

s/ JAMES M. ROSENBAUM
JAMES M. ROSENBAUM
United States Chief District Judge