# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## Telephone Conference

UNITED STATES OF AMERICA,
Plaintiff,
v.

Jesus Ramirez-Marquez,
Defendant.

**COURT MINUTES**
BEFORE: James M. Rosenbaum
U.S. District Judge

| | |
|---|---|
| Case No: | 02-221 JMR/FLN |
| Date: | September 1, 2005 |
| Court Reporter: | Dawn Hansen |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 1:35 p.m. |
| Time in Court: | 5 Minutes |

APPEARANCES:

Plaintiff: Chris Wilton, Assistant U.S. Attorney
Defendant: Daniel Gerdts for Jesus Ramirez-Marquez 9 FPD : CJA 9 Retained

**This matter is continued, and administratively closed, pending any reentry and reapprehension of the defendant.**

: ORDER TO BE ISSUED

s/Heather Labat
Signature of Calendar Clerk